UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
GARDEN CITY BOXING CLUB, INC.,

                        Plaintiff,

                                                          ORDER
        -against-                                         06 CV 4832 (ILG) (CLP)

LA CASA DE SANTACRUZ CORP., et al.,

                        Defendants.
-------------------------------------------------------x
GLASSER, United States District Judge:


        A default judgment having been entered on January 23, 2007, the matter was

referred to Magistrate Judge Pollak for a Report and Recommendation to conduct an

inquest as to the amount of damages to be awarded.   That Report and

Recommendation, dated August 15th, 2007, advised the plaintiff that objections to it, if

any, were to be filed and served within 10 days of receipt, and that failure to do so may

be regarded as a waiver of the right to appeal.  As of this date, no objection has been

filed.

        The Report and Recommendation, which thoroughly reviewed the facts and the

controlling authorities is, after due consideration, hereby adopted in its entirety and

incorporated by reference to it.  Accordingly, it is hereby ordered that plaintiff is

awarded $3,750 in statutory damages, $10,000 in enhanced damages and $1,350 in

attorney's fees and costs for a total judgment of $15,100.

        SO ORDERED.

Dated:          Brooklyn, New York
                September 6, 2007



                                                 _____S/_____
                                                 I. Leo Glasser